IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIMBERLY HUGHES                                                                                       PLAINTIFF

V.                                              NO.  3:10-cv-00181 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## ORDER

A scheduling order was entered October 26, 2010, directing that Plaintiff's appeal brief be filed on or before December 7, 2010 (doc. 9).  Upon motion (doc. 10), Plaintiff was granted an extension to and including January 7, 2011 (doc. 11).  To date Plaintiff's appeal brief has not been filed despite an e-mail reminder from my staff.  Counsel is directed to file Plaintiff's brief within fifteen (15) days of the entry date of this order.  Failure to do so will result in a contempt citation requiring Plaintiff's counsel to appear and show cause why he should not be held in contempt for failure to comply.

IT IS SO ORDERED this 31st day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE