IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIMBERLY HUGHES                                                                          PLAINTIFF

V.                                    NO.  3:10-cv-00181 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## ORDER

Defendant has filed an unopposed motion (doc. 14) for extension of time in which to file his reply brief.  The motion is granted.  Defendant is granted to and including May 2, 2011, in which to file his brief.

IT IS SO ORDERED this 31st day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE