```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    JONESBORO DIVISION
```

KIMBERLY HUGHES                                                    PLAINTIFF

v.                      Case No. 3:10CV00181 JTK

MICHAEL ASTRUE, *Commissioner,*
SOCIAL SECURITY ADMINISTRATION                                     DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 22nd day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE